UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE DEL CARMEN GIL, <br><br>               Plaintiff(s), <br><br> v. <br><br> YSE FREIGHT LLC, et al., <br><br>               Defendant(s). | 23-CV-3484 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Provided, the conference previously scheduled for December 8, 2023, is **ADJOURNED** to **December 20, 2023, at 11:30 A.M.** The conference will be held over Microsoft Teams. The parties shall join the conference by dialing (646) 453-4442, and entering the Conference ID: 341 593 477, followed by the pound sign (#).

Dated: October 17, 2023
       New York, New York

                                                          _____
                                                               DALE E. HO
                                                          United States District Judge