USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSE DEL CARMEN GIL,

                Plaintiff,

    -against-

YSE FREIGHT LLC, et al.,

                Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

23-CV-3484 (DEH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Thursday, June 13, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

Plaintiff must make a settlement demand by **Friday, May 24, 2024** and Defendants must make a counteroffer by **Monday, June 3, 2024**. The parties shall complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **Thursday, June 6, 2024 at 5:30 p.m.**

    SO ORDERED.

Dated: March 26, 2024
       New York, New York

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge